UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRITTANY WILLIAMS,

    Plaintiff,

v.                                 Case No: 8:21-cv-1559-CEH-SPF

PINELLAS PARK ELEMENTARY
SCHOOL,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sean P. Flynn on August 24, 2021 (Doc. 6). In the Report and Recommendation, Magistrate Judge Flynn recommends that: 1. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) be denied; and 2. Plaintiff's complaint (Doc. 1) be dismissed without prejudice and with leave to file an amended complaint that complies with the Federal Rules of Civil Procedure. The magistrate judge further recommends that the amended complaint, if any, be due within 20 days of the date the Report and Recommendation becomes final. Plaintiff was furnished a copy of the Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 6) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is DENIED.

(3) Plaintiff's complaint (Doc. 1) is DISMISSED WITHOUT PREJUDICE. Plaintiff is granted leave to file an amended complaint that complies with the Federal Rules of Civil Procedure within 20 days of the date of this Order. Failure to file an amended complaint within the time provided, will result in this matter being dismissed without further notice of the Court.

**DONE AND ORDERED** at Tampa, Florida on September 9, 2021.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Sean P. Flynn
Counsel of Record