UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRITTANY WILLIAMS,

   Plaintiff,

v.                                                                  Case No: 8:21-cv-1559-CEH-SPF

PINELLAS PARK ELEMENTARY
SCHOOL,

   Defendant.
_____/

**ORDER**

This cause comes before the Court upon the Amended Report and Recommendation, filed by Magistrate Judge Sean P. Flynn on September 30, 2021 (Doc. 11). In the Amended Report and Recommendation, Magistrate Judge Flynn recommends that this action be remanded to the Sixth Judicial Circuit Court in and for Pinellas County, Florida under 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction. Plaintiff was furnished a copy of the Amended Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Amended Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Amended Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

(1) The Amended Report and Recommendation of the Magistrate Judge (Doc. 11) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) This action is remanded to the Circuit Court for the Sixth Judicial Circuit, in and for Pinellas County, Florida under 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction.

(3) The Clerk is directed to transmit a certified copy of this Order to the Clerk of the Sixth Judicial Circuit Court, in and for Pinellas County, Florida.

(4) The Clerk is further directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Tampa, Florida on October 18, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Sean P. Flynn
Brittany Williams
Counsel of Record